IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ROBERT DEMOS,      No. C 13-0017 CW (PR)

    Petitioner,     JUDGMENT

  v.

U.S. SECRETARY OF DEFENSE,

    Respondent.
_____/

    For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the petition for a writ of habeas corpus without prejudice.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 1/8/2013

CLAUDIA WILKEN
United States District Judge